TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00179-CR

Karl Russell Kroening, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT AT LAW NO. 2 OF BELL COUNTY,

NO. 2C97-3534
, HONORABLE JOHN BARINA JR., JUDGE PRESIDING

PER CURIAM 

 Karl Russell Kroening has filed a motion to dismiss his appeal. We grant the motion and
dismiss this appeal.

Before Justices Powers, Kidd and B. A. Smith

Dismissed on Appellant's Motion

Filed: July 21, 1998

Do Not Publish